## *In re* SHEAR.

No. 6066.   Opinion Filed February 29, 1916.

Rehearing Denied March 28, 1916.

(156 Pac. 1198.)

*Error from District Court, Oklahoma County;*
*John J. Carney, Judge.*

Appeal by B. D. Shear from the Board of Equalization of Oklahoma County. From the judgment of the distric court, Shear brings error. Reversed, and new trial granted.

*Blake & Boys,* for plaintiff in error.

*D. K. Pope,* Co. Atty., for defendant in error.

Opinion by WATTS, C.   Counsel for defendant in error has filed a written confession of error of the trial court. The judgment of the lower court should therefore be set aside, and new trial granted.

By the Court: It is so ordered.